

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-16-00630-CR & 04-16-00631-CR

Cody Lon **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B-07-057 & B-15-631
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

       M. Patrick Maguire has filed a motion to withdraw as appointed appellate counsel for appellant Cody Lon Smith. The motion is based solely on correspondence Maguire received from Smith, stating Smith does not want Maguire to "work on [his] case." Appellant is not entitled to counsel of his choice and bears the burden of proving he is entitled to a change of counsel. *Malcom v. State*, 628 S.W.2d 790, 791 (Tex. Crim. App. 1982). Smith's correspondence does not meet that burden. We therefore **deny** counsel's motion to withdraw.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2017.



Luz Estrada
Chief Deputy Clerk